1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  | LANCE WILLIAMS,                    | Case No.  1:25-cv-01248-EPG                        |

10 |             Plaintiff,              | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

11 |      v.                             | (ECF No. 2)                                         |

12 | CORCORAN STATE PRISON, et al.,      |                                                     |

13 |             Defendants.             |                                                     |

14

15          Plaintiff Lance Williams proceeds *pro se* in this civil rights action filed pursuant to 28

16 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §

17 1915. (ECF Nos. 1, 2). Plaintiff has made the requisite showing under § 1915(a). As such,

18 Plaintiff's application to proceed *in forma pauperis* is GRANTED. (ECF No. 2)

19

IT IS SO ORDERED.

20

21     Dated:   **January 5, 2026**                    /s/ _Erica P. Grosjean_

22                                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1