UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br>Plaintiff,<br>v.<br>CORCORAN STATE PRISON, et al.,<br>Defendants. | No. 1:25-cv-01248-KES-EPG (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>Doc. 11 |

Plaintiff Lance Williams proceeds pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint on March 13, 2026. Doc. 7. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations, recommending that this action be dismissed as time-barred and for failure to comply with Federal Rules of Civil Procedure 8, 18, and 20. Doc. 11. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty days after service. *Id.* at 11. Plaintiff has not filed any objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and

recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 29, 2026, Doc. 11, are adopted in full;
2. This case is dismissed, as time-barred and for failure to comply with Federal Rules of Civil Procedure 8, 18, and 20; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 6, 2026

UNITED STATES DISTRICT JUDGE